Kavalila Simeon Kapotak Jr
Name
486890
Prison Number
Wildwood Correctional Complex
Place of confinement
10 Chugach Ave.
Mailing address
Kenai, Ak-99611-
City, State, Zip
N/A
Telephone


RECEIVED
OCT 0 4 2012
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Kavalila Simeon Kapotak Jr,
(Enter full name of plaintiff in this action)

Plaintiff,
vs.

Susan Mitchell, Patricia Douglas,

Jason Fieser, Tonya Occonner, Fred Torrisi,

Krista Maciolek, Greg Stocker,
(Enter full names of defendant(s) in this action.
Do NOT use et al.)

Defendant(s).

Case No. 3:12-cv-00204-HRH
(To be supplied by Court)

PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983

A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Kavalila Simeon Kapotak Jr,
(print your name)
who presently resides at Wildwood Correctional Complex, were
(mailing address or place of confinement)
violated by the actions of the below named individual(s).

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, <u>Susan Mitchell</u>, is a citizen of
(name)
<u>Alaska</u>, and is employed as a <u>Assistant District Attorney</u>.
(state) (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**
_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, <u>Patricia Douglas</u>, is a citizen of
(name)
<u>Alaska</u>, and is employed as <u>Public Defender-she is now a Judge</u>
(state) (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**
_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, <u>Jason Fieser</u>, is a citizen of
(name)
<u>Alaska</u>, and is employed as a <u>Alaska State Trooper</u>.
(state) (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**
_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
**You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Page 2 of 9

Prisoner § 1983
Form Effect. 6/09

A

Case 3:12-cv-00204-SLG   Document 1   Filed 10/04/12   Page 2 of 12

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Tonya Occonner_____, is a citizen of
__Alaska_____, and is employed as a __Clerk of Court_____.
   (state)                           (name)                       (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __Fred Torrisi_____, is a citizen of
__Alaska_____, and is employed as __Judge(retired)_____.
   (state)                            (name)                       (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __Krista Maciolek_____, is a citizen of
__Alaska_____, and is employed as a __Office of Public Advocacy Attorney__.
   (state)                            (name)                       (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

### ***REMINDER***
**You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, " Claim 4," "Claim 5, etc.").

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, ___Greg Stocker_____, is a citizen of
　　　　　　　　　　　　　　　　　　(name)
___Alaska_____, and is employed as a ___Probation Officer_____.
　　(state)　　　　　　　　　　　　　　　　　　　　(defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2,_____, is a citizen of
　　　　　　　　　　　　　　　　　　(name)
_____, and is employed as _____.
　　(state)　　　　　　　　　　　　　　　　　　　(defendant's government position/title)

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____, is a citizen of
　　　　　　　　　　　　　　　　　　(name)
_____, and is employed as a_____.
　　(state)　　　　　　　　　　　　　　　　　　　(defendant's government position/title)

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

### ***REMINDER***
**You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, " Claim 4," "Claim 5, etc.").

Claim 1: On or about __June 19, 2012__, my civil right to __due process__
                          (Date)                                      (Medical care, access to the courts, due process,

freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 1. State what happened briefly and clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 1.)

**Susan Mitchell,** allowed Alaska State Trooper, Jason fieser, to give false testimony, admitted false evidence, gave witness an ultimatum and had him give false testimony, and allowed a prosecution witness to be listed as a defense witness.

**Patricia Douglas,** did not allow me to participate at any pretrial hearings, spoke on my behalf without my consent, failed to subpoena witnesses I requested, withheld discovery, failed to point out that the witness listed for my defense was listed for the prosecution first, lied to the Judge, and failed to get me the evidence I requested, such as text message records.

**Jason Fieser,** wrote out a false report, used his own opinion of how the witnesses made their statements, lied about the statements I gave to him, made inconsistent statements, tampered with the evidence before it was admitted, and made an illegal search and seizure.

**Tonya Occonner,** did not send to me the court transcripts upon my request, failed to have my phone records on subpoena.

**Fred Torrisi,** allowed pretrial hearings to continue without my consent, allowed information to be admitted without verification, assisted in an illegal procedure in adding false information in which he offered a correction saying, "We could put, 'He denies it' ".

**Krista Maciolek,** failed to list in my appeal that I did not participate in any pretrial conferences, assisted in adding false information to my record.

Prisoner § 1983
Form Effect. 6/09

Case 3:12-cv-00204-SLG Document 1 Filed 10/04/12 Page 5 of 12

**Greg Stocker,** used unverified information that was contained in his presentence report that was eventually added to my record and gave his own opinion of how he interpreted my case.

Claim 2: On or about _____, my civil right to _____
                               (Date)                                     ( Medical care, access to the courts, due process,

freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 2. State what happened briefly and clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 2.)

Page 4 of 9

Prisoner § 1983
Form Effect. 6/09

Case 3:12-cv-00204-SLG Document 1 Filed 10/04/12 Page 6 of 12

_____

_____

_____

Claim 3: On or about _____, my civil right to _____
                          (Date)                                              (Medical care, access to the courts, due process,

freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 3. State what happened briefly and clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name,** did to violate the right alleged in Claim 3.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Prisoner § 1983
Form Effect. 6/09

_____

_____

_____

### D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision:_____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

_____

_____

_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Prisoner § 1983
Form Effect. 6/09

Name and location of court:_____

_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision:_____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

_____

_____

_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____ Yes _____ No   If your answer is "Yes," describe each lawsuit.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: _____ frivolous, _____ malicious and/or _____ failed to state a claim

d. Issue(s) raised:_____

_____

e. Approximate date case was filed:_____ Date of final decision:_____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: _____ frivolous, _____ malicious and/or _____ failed to state a claim

d. Issue(s) raised:_____

_____

e. Approximate date case was filed:_____ Date of final decision:_____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: _____ frivolous, _____ malicious and/or _____ failed to state a claim

d. Issue(s) raised:_____

_____

e. Approximate date case was filed:_____ Date of final decision:_____

4. **Are you in imminent danger of serious physical injury?** _____ Yes _____ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority:

_____

_____

_____

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _____

2. Punitive damages in the amount of $_____

3. An order requiring defendant(s) to _____

Prisoner § 1983
Form Effect. 6/09

Case 3:12-cv-00204-SLG   Document 1   Filed 10/04/12   Page 10 of 12

_____

_____

4. A declaration that_____

_____

_____

_____

5. Other:_____

_____

Plaintiff demands a trial by jury. _____ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at __Wildwood Correction Complex__ on October 2, 2012
(Location)                                      (Date)

_____
(Plaintiff's Signature)

_____        _____
Original Signature of Attorney (if any)                (Date)

_____

_____

Attorney's Address and Telephone Number

Kavalila S. Kapotak Jr #486890
Wildwood Correctional Complex
10 Chugach Ave.
Kenai, AK-99611-



RECEIVED
OCT 3 2012
WCC-MAILROOM

THIS LETTER WAS WRITTEN
BY AN INMATE AT WILDWOOD
CORRECTIONAL CENTER.

United States District Cou
For the District of Alaska
Clerk of Court
222 West 7th Avenue #4
Anchorage, AK-99513-756